UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA CHOMKA,<br>　　　　Plaintiff,<br>　v.<br>WALGREEN CO.,<br>　　　　Defendant. | Case No. 23-cv-06512-RS<br><br>**SCHEDULING ORDER** |

Pro se plaintiff Carla Chomka originally filed this action in Santa Clara Superior Court. Following defendant's removal to this court, Chomka filed an administrative motion seeking to postpone the initial case management conference currently set for March 14, 2024. Subsequently, Chomka filed, but did not notice for hearing, a motion to remand. See Dkt. No. 16. Three days later Chomka filed a document captioned as a "correction" to the prior filing and as an "amended" motion, but which is docketed as a "second" motion to remand, calendared for March 7, 2024.

Good cause appearing, defendant shall file any opposition to motion to remand no later than February 16, 2024, and Chomka shall file any reply within one week thereafter. Pursuant to Civil Local Rule 7-1(b), the hearing set for March 7, 2024, is vacated, and matter will be taken under submission upon completion of the briefing, without oral argument.

Chomka's motion to postpone the Case Management Conference is denied. Should it become necessary to continue the Case Management Conference in light of the status of the motion to remand or for other reasons, an appropriate order will issue.

**IT IS SO ORDERED**.

Dated: January 30, 2024

_____
RICHARD SEEBORG
Chief United States District Judge